No. 13,957.

D. F. Blackmer Furniture and Carpet Company *v.* Bingham, Executrix.

(68 P. [2d] 1117)

Decided May 10, 1937.

Judgment affirmed in department without written opinion, Mr. Chief Justice Burke, Mr. Justice Young and Mr. Justice Bakke, participating.

Mr. Chas. E. Friend, for plaintiff in error.

Mr. Victor A. Miller, for defendant in error.